UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| EVARISTO CALEBE KABEDI KALONJI,<br><br>Petitioner,<br><br>v.<br><br>ANTONE MONIZ, Superintendent, Plymouth County Correctional Facility, et al.,<br><br>Respondents. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | Civil Action No. 1:26-cv-10339-IT |

ORDER CLOSING CASE

TALWANI, D.J.

In light of the court's Memorandum & Order [Doc. No. 7] granting Petitioner's Petition for Writ of Habeas Corpus [Doc. No. 1] and ordering a bond hearing, and Respondents' Status Report [Doc. No. 8] indicating Petitioner was released on February 12, 2026, this case is CLOSED.

IT IS SO ORDERED.

August 25, 2026

Indira Talwani
United States District Judge